COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| EDGAR CARDENAS, | § | No. 08-18-00083-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D01708) |
| | § | |

**O R D E R**

The reporter's record was due to be filed on July 7, 2018 and none has been filed. Mary Elizabeth Bonnie, Official Court Reporter for the 346th District Court of El Paso County, advised the Court on July 6, 2018 that she will not file a reporter's record because the trial court has informed her that the court will not authorize payment for the record because the attorney who filed the notice of appeal is not eligible to be appointed as appellate counsel.

Therefore, this cause is remanded and the trial court is ordered to conduct a hearing to resolve the issue regarding the status of Appellant's counsel on appeal. The trial court is directed to determine whether Appellant's counsel on appeal is eligible for appointment as appellate counsel. If he is not, the court shall determine whether counsel is retained or intends to represent Appellant *pro bono* on appeal. If counsel is not eligible for appointment as appellate counsel, has not been retained, and does not intend to represent Appellant *pro bono*, then the trial court shall

enter an order appointing new appellate counsel. The court reporter shall prepare and file the record of the hearing in this Court on or before August 9, 2018.

Additionally, the clerk's record does not contain the trial court's certification of the defendant's right of appeal. TEX.R.APP.P. 25.2(a)(2), (d). The trial court is ordered to prepare and file with the trial court clerk a certification of the defendant's right of appeal as required by TEX.R.APP.P. 25.2(a)(2) and 25.2(d).

The trial court shall forward its order appointing appellate counsel and the certification to the District Clerk of El Paso County, Texas, on or before July 30, 2018. The District Clerk shall prepare and forward a supplemental clerk's record containing the order appointing appellate counsel and certification of defendant's right of appeal and forward the same to this Court on or before August 9, 2018. The reporter's record shall be due thirty days from the date the supplemental clerk's record is filed.

IT IS SO ORDERED this 10th day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.